UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ JUN 25 2014 ★

LONG ISLAND OFFICE



| | |
|---|---|
| SABRINA ST. MARTIN, <br><br> Plaintiff, <br><br> -against- <br><br> PLYMOUTH PROPERTIES, INC., <br><br> Defendant. | Case No. 14-cv-02712 (SJF)(AKT) <br><br> **STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT** |
| PLYMOUTH PROPERTIES, INC., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> UNITED STATES POSTAL SERVICE, <br><br> Third-Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for third-party plaintiff Plymouth Properties, Inc. ("Third-Party Plaintiff") and defendant the United States Postal Service ("Third-Party Defendant") that all Third-Party Plaintiffs' claims against Third-Party Defendant, as set forth in the Third-Party Complaint in this action are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

*Sabrina St. Martin v. Plymouth Properties, Inc.*, CV-14-02713
**Stipulation and Order**

Dated: Uniondale, New York
June 24, 2014

                                                          Perez & Varvaro

                                                          _____
                                                          Denise A. Cariello, Esq.(6433)
                                                          Attorneys for Third-Party Plaintiff
                                                          333 Earle Ovington Blvd.
                                                          Uniondale, New York 11553
                                                          (516) 745-8310

Dated: Central Islip, New York
June 24, 2014

                                                          LORETTA E. LYNCH
                                                          United States Attorney
                                                          Eastern District of New York
                                                          Attorney for Third-Party Defendant
                                                          610 Federal Plaza
                                                          Central Islip, New York 11722

                                      By:    *s/Robert W. Schumacher*
                                                          ROBERT W. SCHUMACHER
                                                          Assistant United States Attorney
                                                          (631) 715-7871
                                                          Robert.Schumacher@usdoj.gov

SO ORDERED this 25th day of June, 2014:

s/ Sandra J. Feuerstein
_____
HONORABLE SANDRA J. FEURSTEIN
UNITED STATES DISTRICT JUDGE